UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

LARKLAND TABOIS,

                                     Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                                 Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16-CV-4312 (NG)(PK)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice.

CYRUS JOUBIN, ESQ.
*Attorney for Plaintiff Larkland Tabois*
43 West 43rd Street, Suite 119
New York, NY 10036

By: _____
     Cyrus Joubin, Esq.
     *Attorney for Plaintiff*

Dated: New York, New York
       January 5, 2017

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-138
New York, New York 10007

By: _____
     Joseph Gutmann
     *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. NINA GERSHON
UNITED STATES DISTRICT JUDGE