FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 1 2 2017 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

LARKLAND TABOIS,

                                     Plaintiff,

                   -against-

CITY OF NEW YORK, et al.,

                                Defendants.

------------------------------------------------------------------ x

               **STIPULATION AND**
               **ORDER OF DISMISSAL**

               16-CV-4312 (NG)(PK)

               **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

               **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

               1.     The above-referenced action is hereby dismissed with prejudice.

CYRUS JOUBIN, ESQ.
*Attorney for Plaintiff Larkland Tabois*
43 West 43rd Street, Suite 119
New York, NY 10036

By: _____
       Cyrus Joubin, Esq.
       *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-138
New York, New York 10007

By: _____
       Joseph Gutmann
       *Assistant Corporation Counsel*

SO ORDERED:

/s/ Nina Gershon
_____
HON. NINA GERSHON
UNITED STATES DISTRICT JUDGE

1-9-17

Dated: New York, New York
        January 5 , 2017